EDWARD SMITH, Respondent, *v.* MARIA A. HERTER, Appellant, Impleaded with Another.

*Smith* v. *Herter*, 92 App. Div. 622, affirmed.
(Argued March 10, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*D. S. Updike*, for appellant.

*Percival S. Menken* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

------

RAQUETTE FALLS LAND COMPANY, Respondent, *v.* INTERNATIONAL PAPER COMPANY, Appellant.

*Raquette Falls Land Co.* v. *International Paper Co.*, 94 App. Div. 609, affirmed.
(Argued March 10, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 8, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Harold L. Hooker* for appellant.

*George N. Ostrander* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, VANN and WERNER, JJ. Taking no part: O'BRIEN, J. Not sitting: HAIGHT, J.